# UNITED STATES DISTRICT COURT
for the
District of Colorado

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Network Investigative Technique ("NIT") for email address texan.slayer@yahoo.com

)
)
)
)
)
)

Case No. 12-sw-05685-KMT

## SECOND AMENDED SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the  State and  District of  Colorado
*(identify the person or describe the property to be searched and give its location)*:

**See Attachment A**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment B**

I find that the affidavit(s), or any recorded testimony, establishes probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before  November 12, 2012
 *(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge **Kathleen M. Tafoya**                                       .
**United States Magistrate Judge** *(name)*

☒ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 and 3103(a) (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for ____ days *(not to exceed 30)*.
☒ until, the facts justifying, the later specific date of  11/28/2012 with ability to seek continuance.

Date and time issued: **Oct 29, 2012 11:37 am**                                         
*Judge's signature*

City and state:    Denver, Colorado                **Kathleen M. Tafoya**
**United States Magistrate Judge**
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| *Return* | | |
|---|---|---|
| *Case No.:* | *Date and time warrant executed:* | *Copy of warrant and inventory left with:* |

*Inventory made in the presence of :*

*Inventory of the property taken and name of any person(s) seized:*

*Certification*

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

*Date:* _____

                                              *Executing officer's signature*

                                              *Printed name and title*

**Attachment A**

**Place to Be Searched**

The portion of the computer activating the network investigative technique ("NIT") that may assist in identifying the computer, its location, other information about the computer, and the user of the computer.

**Attachment B**

**Things To Be Seized**

Information that may assist in identifying the computer, its location, other information about the computer, and the user of the computer, all of which is evidence of violations of Section 1038 of Title 18, United States Code (False information and hoaxes). This information may include environmental variables and/or certain registry-type information, such as:

  A. The computer's IP address. An IP Address is a unique numeric address used to direct information over the Internet and is written as a series of four numbers, each in the range 0 – 255, separated by periods (e.g., 121.56.97.178). Conceptually, IP addresses are similar to telephone numbers in that they are used to identify computers that send and receive information over the Internet.

  B. The computer's MAC address. Each time a computer communicates over a local area network (or "LAN"), it uses a hardware device called a network interface card. Manufacturers of network interface cards assign each one a unique numeric identifier called a media access control or "MAC address."

  C. The computer's open communication ports. A communication port number is information that helps computers to associate a communication with a particular program or software process running on a computer efficiently. For example, if a communication is sent to port 80, the receiving computer will generally associate it with world wide web traffic and send it to the web server, which can then send back a web page to the requesting computer.

  D. A list of programs running on the computer.

E. The type of operating system running on the computer, including type (e.g., Windows), version (e.g., Vista), and serial number.

F. The web browser and version running on the computer. The web browser is the program that allows user to view web pages. Firefox, Internet Explorer, Netscape, Opera and Safari are examples of web browsers.

G. The computer's language encoding and default language. Users can set computers to display text in a particular language.

H. The computer's time zone information.

I. The registered computer name and registered company name. Users generally input this information when the computer is first purchased.

J. The current logged-in user name and list of user accounts.

K. The computer's wired and wireless network connection information, dial-up account information, and trace-route information. This information identifies the way that the computer is connected to the Internet.

L. The Uniform Resource Locator ("URL") to which the target computer was previously connected. URLs, such as www.uscourts.gov, are used to access web sites.

M. Other similar identifying information on the activating computer that may assist in identifying the computer, its location, other information about the computer, and the user of the computer may be accessed by the NIT.

**Attachment C**

IT IS ORDERED that the government is authorized to add a Internet web link until the network investigative technique ("NIT") has returned the information authorized to be collected by this warrant, without prior announcement, within 14 days from the date this Court issues the requested warrant or until 14 days after the NIT warrant was successfully executed;

     IT IS ORDERED that the NIT may cause an activating computer – wherever located – to send to the government, specifically the Federal Bureau of Investigation, located in Quantico, Virginia, in the Eastern District of Virginia, network level messages containing information that may assist FBI Denver, NS-1 investigations in the District of Colorado in identifying the computer, its location, other information about the computer and the user of the computer; and

     IT IS ORDERED that provision of a copy of the search warrant and receipt may, in addition to any other methods allowed by law, be effectuated by electronic delivery of true and accurate electronic copies (e.g., Adobe PDF file) of the fully executed documents in the same manner as the NIT is delivered.