AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 12-sw-05685-KMT | Date and time warrant executed: 12/14/2012, 1:30 PM MT | Copy of warrant and inventory left with: "NIT" - NOT APPLICABLE. |
| Inventory made in the presence of: NETWORK INVESTIGATIVE TECHNIQUE ("NIT") SEARCH WARRANT, NO INVENTORY MADE. | | |
| Inventory of the property taken and name of any person(s) seized: | | |

NO INVENTORY MADE. A NETWORK INVESTIGATIVE TECHNIQUE WAS EXECUTED ON 12/14/2012 AT 1:30 PM MT. A LINK WAS FORWARD TO TEXAN.SLAYER@YAHOO.COM. THIS NIT EXECUTION WAS ONLY PARTICALLY SUCCESSFUL. THE PROGRAM HIDDEN IN THE LINK SENT TO TEXAN.SLAYER@YAHOO.COM NEVER ACTUALLY EXECUTED AS DESIGNED. HOWEVER MULTIPLE IP ADDRESSES (IP 95.82.21.208; IP 95.82.28.171) DID MAKE ELECTRONIC "GET" REQUESTS FOR THE LINK WERE RECEIVED BY GOVERNMENT COMPUTER. THESE IP ADDRESSES RESOLVED IN IRAN.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
9:22 am, Feb 20, 2013
JEFFREY P. COLWELL, CLERK

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/15/2013

Executing officer's signature

CRAIG ROEGNER, ATF SPECIAL AGENT / FBI TASK FORCE OFFICER
Printed name and title